UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　No. 23-CR-279-LTS

GERARD FRIAS VALENTINE,　　　　　　　　　　　　　Order

       Defendant.

-------------------------------------------------------x

       A bail hearing in this case is scheduled to proceed on June 27, 2023, at 11:30 a.m., in Courtroom 17C.

       The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York　　　　　　　　　　/s/ Laura Taylor Swain
       June 21, 2023　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge