

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    c 917.238.9332

June 9, 2025

VIA ECF

Hon. Laura Taylor Swain
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

## MEMO ENDORSED

Re:  <u>United States v. Gerard Valentine Frias</u>, 23 Cr. 279 (LTS) - Request for Adjournment of Sentencing

Dear Judge Swain:

With the consent of the government, I am writing to request a sixty-day adjournment of Mr. Valentine Frias' sentencing, which is currently scheduled for July 29, 2025, at 11am. The reason for this request is to allow the defense team, which consists of a mitigation specialist and a psychologist, additional time to investigate Mr. Valentine Frias' background, interview family members and gather documents in preparation for sentencing.

For these reasons, the defense respectfully requests that sentencing be adjourned to the week of September 29th or later, in accordance with the Court's schedule.

Respectfully Submitted,

*Christine Delince*

Christine Delince, Esq.

---

The foregoing request is granted.  The sentencing hearing in this case is hereby adjourned from July 29, 2025 to October 2, 2025 at 11:00 a.m.  The hearing will be conducted in **Courtroom 17C**.  DE 306 resolved.

SO ORDERED
6/10/2025
/s/ Laura Taylor Swain, Chief USDJ