UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                           No.   23-CR-279-LTS

GERARD VALENTIN FRIAS,

        Defendant.

-------------------------------------------------------x

## SEALING ORDER

At the sentencing hearing on October 2, 2025, Defense Counsel moved for the sealing of the document submitted as Exhibit H of their sentencing submission (docket entry no. 344) and further moved for limited redactions of the documents submitted as Exhibits B and E of the sentencing submission (docket entry nos. 744-2, 744-5).  Defense Counsel seeks sealing of Exhibit H to protect confidential personal testing and health information and seeks limited redactions to Exhibits B and E to protect personally identifiable information.  Defense Counsel's requests for sealing and redactions are granted.

To effectuate sealing, Defense Counsel is directed to promptly bring unredacted copies of Exhibits B, E, and H of Defense Counsel's sentencing submission to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

      SO ORDERED.

Dated: New York, New York
       October 3, 2025

                                                                            /s/ Laura Taylor Swain
                                                                            LAURA TAYLOR SWAIN
                                                                            Chief United States District Judge